FILED

14 DEC 22 PM 3:44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

np DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  11CR4093-BTM-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS INDICTMENT |
| MATHEW A. KAPLAN (1), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled Indictment charging Defendant with violation of:

Title 8, U.S.C., § 1324(a)(1)(A)(ii) and (v)(I),
Conspiracy to Transport Illegal Aliens;

Title 8, U.S.C., § 1324(a)(1)(A)(ii) and (v)(II),
Transportation of Illegal Aliens and Aiding and Abetting;

filed on September 14, 2011, be dismissed without prejudice as to the above named defendant. Defendant, Matthew A. Kaplan, has completed all terms and conditions of probation on deferred prosecution.

**IT IS FURTHER ORDERED** that the ~~Defendant be released, if in custody, of that~~ defendant not being in custody this bond be exonerated, if bond posted.

**IT IS FURTHER ORDERED** that any pending hearing dates be vacated.

DATED: 12/22/2014

_____
HON. BARRY T. MOSKOWITZ
CHIEF JUDGE